■ JOHN L. RENZO, as Father and Natural Guardian of PAUL RENZO, Respondent, v TOPS FRIENDLY MARKETS, INC., Appellant.—Order unanimously affirmed with costs. Same memorandum as in *Renzo v Tops Friendly Mkts.* (136 AD2d 952 [decided herewith].) (Appeal from order of Supreme Court, Erie County, Fudeman, J.—summary judgment.) Present—Dillon, P. J., Callahan, Doerr, Green and Balio, JJ.